

# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.

Plaintiff (Petitioner)

v.

ANN L. EDWARDS A/K/A ANN L. VINKAVICH; et al.

Defendant (Respondent)

CASE and/or DOCKET No.: 18-CV-02241

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: SUMMONS AND COMPLAINT

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ANN L. EDWARDS A/K/A ANN L. VINKAVICH the above process on the 24 day of July, 2018, at 11:00 o'clock, A.M. at 303 IRIS GLEN LITITZ, PA 17543, County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: CONRAD VINKAVICH
Relationship/Title/Position: SON
Remarks: _____
Description: Approximate Age 21-25  Height 6'  Weight 180  Race WHITE  Sex MALE  Hair BLACK
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of **PA**             ) SS:
County of **Berks**                       )

Before me, the undersigned notary public, this day, personally, appeared __Jeffrey Clohessy__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-182018
Case ID #: 5247662

Subscribed and sworn to before me
this 25 day of July, 2018.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021