UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

FILED

AUG 17 2018

KATE BARKMAN, Clerk
By_____ Dep. Clerk

UNITED STATES OF AMERICA,
   Plaintiff,

v.

No. 5:18-cv-2241

ANN L. EDWARDS,
   Defendant.

## DEFAULT NOTICE
10 Day Notice – Failure of Defendant to
Answer or Otherwise Respond to Plaintiff's Complaint

TO: All Parties

  A review of the Court's records indicates that Defendant has failed to timely respond to the Complaint.[1]

  If Plaintiff fails to take action to have a default entered against Defendant pursuant to Federal Rule of Civil Procedure 55(a) within ten (10) days of the date of this Notice, the Court may enter an Order dismissing the Complaint for lack of prosecution.

             KATE BARKMAN, Clerk of Court

             By: *Diane J. Abeles*
             Diane J. Abeles, Civil Deputy Clerk
             The Honorable Joseph F. Leeson, Jr.
             Diane_J_Abeles@paed.uscourts.gov

Date of Notice: August 17, 2018

---

[1] This Default Notice does not express any opinion on whether service was properly effected pursuant to Federal Rule of Civil Procedure 4.