UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　　Plaintiff<br><br>vs.<br><br>ANN L. EDWARDS a/k/a ANN L. VINKAVICH<br><br>　　　　　　　　　　Defendant(s) | CIVIL NO. 18-02241 |

CERTIFICATE OF SERVICE
PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)

　　　　Rebecca A. Solarz, Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

( x )　　　Personal Service by the Sheriff's Office/competent adult (copy of return attached).
(　)　　　Certified mail by Rebecca A. Solarz (original green Postal return receipt attached).
(　)　　　Certified mail by Sheriff's Office.
(　)　　　Ordinary mail by Rebecca A. Solarz, Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
(　)　　　Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
(　)　　　Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.
**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**
(　)　　　Premises was posted by Sheriff's Office/competent adult (copy of return attached).
(　)　　　Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
(　)　　　Certified Mail & ordinary mail by Rebecca A. Solarz (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Rebecca A. Solarz, Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　 /s/Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　　　　　　BY: Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

V.

ANN L. EDWARDS A/K/A ANN L. VINKAVICH; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 18-02241

Sheriff's Sale Date: 12/13/18

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: NOTICE OF SALE

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ANN L. EDWARDS A/K/A ANN L. VINKAVICH the above process on the 27 day of September, 2018, at 1:30 o'clock, PM, at 303 IRIS GLEN LITITZ, PA 17543, County of Lancaster, Commonwealth of Pennsylvania:

Manner of Service:

☑ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: CONRAD VINKAVICH
Relationship/Title/Position: SON
Remarks: _____
Description: Approximate Age 18-20  Height 6'0"  Weight 190  Race WHITE  Sex MALE  Hair BLACK
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of __Pa__ ) SS:
County of __Berks__ )

Before me, the undersigned notary public, this day, personally, appeared __Jeffrey Clohessy__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)
File Number: USA-182018
Case ID #: 5307249

Subscribed and sworn to before me
this __28__ day of __Sept__, 20__18__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021

BA-USA

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>8020-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703969258269<br>9171999991703969258269 | EDWARDS a/k/a ANN L. VINKAVICH, ANN L.<br>303 Iris Glen<br>Lititz, PA 17543 | <br>ERR<br>C | 2.520 | <br>1.40<br>3.45 | | | 7.37 |
| Page Totals | 1 | | 2.52 | 4.85 | | | 7.37 |
| Cumulative Totals | 1 | | 2.52 | 4.85 | | | 7.37 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____   Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:
C      Certified
ERR    Return Receipt

| Name and Address of Sender<br>**KML LAW GROUP, P.C.**<br>**SUITE 5000**<br>**701 MARKET STREET**<br>**PHILADELPHIA, PA**<br>**19106-1532** | | Check type of mail or service;<br>☐ Certified        ☐ Recorded Delivery (International)<br>☐ COD              ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail   ☐ Signature Confirmation<br>☐ Insured | | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | | | | | | | | | | | | |
| 1. | | DOMESTIC RELATIONS OF LANCASTER COUNTY<br>40 East King Street<br>PO Box 83479<br>Lancaster, PA 17608 | | | | | | | | | | | | |
| 2. | | PA DEPARTMENT OF PUBLIC WELFARE -<br>Bureau of Child Support Enforcement<br>Health and Welfare Bldg. - Room 432 | | | | | | | | | | | | |
| 3. | | P.O. Box 2675<br>Harrisburg, PA 17105-2675 | | | | | | | | | | | | |
| 4. | | Manheim Township<br>1840 Municipal Drive<br>Lancaster, PA 17401 | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | |

TENANTS / OCCUPANTS
303 Iris Glen
Lititz, PA 17543

Wildflower Commons
1000 North Prince Stret
Lancaster, PA 17603

U.S. POSTAGE >> PITNEY BOWES
$ 001.95⁰
ZIP 19106
02 1W
0001391829 SEP 24 2018

| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) | | | | | | See Privacy Act Statement on Reverse |
|---|---|---|---|---|---|---|---|---|

PS Form **3877**, February 2002 (Page 1 of 2)      Complete by Typewriter, Ink, or Ball Point Pen

USA-182018   Lancaster County     Sale Date: 12/13/2018

ANN L. EDWARDS a/k/a ANN L. VINKAVICH

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> vs. <br><br> ANN L. EDWARDS a/k/a ANN L. VINKAVICH <br><br> Defendant(s) | CIVIL NO. 18-02241 |

**AFFIDAVIT PURSUANT TO RULE 3129**

     The United States of America, Plaintiff in the above action, by counsel, KML Law Group, P.C. sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

       303 Iris Glen
       Lititz, PA 17543

1. Name and address of Owner(s) or Reputed Owner(s):

       ANN L. EDWARDS a/k/a ANN L. VINKAVICH
       303 Iris Glen
       Lititz, PA 17543

2. Name and address of Defendant(s) in the judgment:

       ANN L. EDWARDS a/k/a ANN L. VINKAVICH
       303 Iris Glen
       Lititz, PA 17543

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

       DOMESTIC RELATIONS OF LANCASTER COUNTY
       40 East King Street
       PO Box 83479
       Lancaster, PA 17608

       PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement
       Health and Welfare Bldg. - Room 432
       P.O. Box 2675
       Harrisburg, PA 17105-2675

       Manheim Township
       1840 Municipal Drive
       Lancaster, PA 17401

4. Name and address of the last recorded holder of every mortgage of record:

5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:

6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

>TENANTS / OCCUPANTS
>303 Iris Glen
>Lititz, PA 17543
>
>Wildflower Commons
>1000 North Prince Stret
>Lancaster, PA 17603

    I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED:  November 16, 2018

                                                 /s/Rebecca A. Solarz, Esq.
                                               KML Law Group, P.C.
                                             BY: Rebecca A. Solarz, Esq.
                                             Attorney for Plaintiff