

U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## U.S. MARSHALS SALE OF REAL PROPERTY

**FILED**
JAN 1 1 2019
KATE BARKMAN, Clerk
By_____Dep. Cler

CIVIL ACTION NO.: 18-CV-2241

I, PATRICK D. ENNIS, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at

303 IRIS Glenn, Lititz, PA 17543.

The public sale was held on JANUARY 10, 2019

and the highest bidder was Joshua Mellinger

who bid the amount of $ 87,000.

Deputy U.S. Marshal
**United States Marshals Service**
**Eastern District of Pennsylvania**
**2110 U.S. Courthouse**
**601 Market Street**
**Philadelphia, PA 19106**
**(215) 597-7273**



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: Joshua Mellinger

ADDRESS: 1770 Oregon Pike

Lancaster PA 17601

PHONE (DAY): 717 327 0232

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

BP Real Estate Investment Group LP

The above is precisely how the name(s) are to appear in the deed

| | | |
|---|---|---|
| 62,000 | 75,000 | 86,000 |
| 64,000 | 77,000 | (87,000) High Bid Sold |
| 66,000 | 80,000 | |
| 68,000 | 82,000 | |
| 71,000 | 83,000 | |
| 73,000 | 85,000 | |



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: Mervin S. Garman

ADDRESS: 118 Jeanel Circle
Lititz, Pa 17543

PHONE (DAY): 717-314-6187

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Mervin S. Garman

The above is precisely how the name(s) are to appear in the deed

61,000
63,000
65,000
67,000
70,000
72,000
74,000
76,000
78,000
81,000
83,000
84,000



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia PA 19106*

### BIDDER'S REGISTRATION FORM

NAME: BML Real Estate LLC

ADDRESS: 289 Conoy Avenue
Elizabethtown PA 17022

PHONE (DAY): 717-940-0087

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

_____
The above is precisely how the name(s) are to appear in the deed

85,000
86,100