# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　Plaintiff<br>　v.<br>ANN L. EDWARDS a/k/a ANN L. VINKAVICH<br>　　　　　　Defendant | Civil Action No: 18-02241 |

## ORDER

AND NOW, this 13th day of February, 2019, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

## ORDERED

1. That the public sale held on January 10, 2019 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to BP Real Estate Investment Group LP, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of ANN L. EDWARDS a/k/a ANN L. VINKAVICH in and to the premises sold located at 303 Iris Glen, Lititz, PA 17543.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR. J.