# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CIVIL NO. 18-02241 ~~00241~~

UNITED STATES OF AMERICA

    Plaintiff

vs.

ANN L. EDWARDS a/k/a ANN L VINKAVICH

    Defendant(s)

FILED
APR 2 5 '19
KATE BARKMAN, Clerk
By _____ Dep. Clerk

## ASSIGNMENT OF BID

THIS ASSIGNMENT is made this __6th__ day of __March__, 2019, by __BP Real Estate Investment Group LP__ (Assignor) TO __BP Group LP__ (Assignees).

WHEREAS, Assignor was the successful bidder at the United States Marshal's Sale of January 10, 2019 for the Property known as 303 Iris Glen, Lititz, PA 17543.

WHEREAS, Assignor, as successful bidder, assigns to Assignees its right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania. Assignees accept Assignor's right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania.

BY: _____
SUCCESSFUL BIDDER

As to Assignor

Sworn to and subscribed before me

This __8th__ day of __March__, 2019

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Valerie A. Olweiler, Notary Public
Lancaster County
My commission expires August 31, 2020
Commission number 1300606
Member, Pennsylvania Association of Notaries

Assignment of Bid (303 Iris Glen, Lititz, PA 17543)
Page 2

I hereby accept this Assignment of Bid.

BY: _____
(Assignees)

Address: 1770 Oregon Pike Lancaster PA 17601
Phone Number: 717 327 0232

As to Assignee

Sworn to and subscribed before me

this 8th day of March , 2019.

_____
Notary Public

```
Commonwealth of Pennsylvania - Notary Seal
Valerie A. Olweiler, Notary Public
Lancaster County
My commission expires August 31, 2020
Commission number 1300606
Member, Pennsylvania Association of Notaries
```